*AO 440  (Rev. 8/01) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF COLUMBIA

SUMMONS IN A CIVIL ACTION

**United States of America**
*c/o* **Herbert A. Rosenthal**
**1020--19TH  Street, NW,#400**
Washington, **DC 20036**

Case Number: _____

v.

**Arlithia T. Phelps**

**TO:** *(Name and Address of Defendant)*

> *Arlithia T. Phelps*
> *224 Upshur St., N.W., Apt.-B*
> *Washington, DC  20011*
> *SSN XXX-XX-4879*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *(Name and Address:*

> *Herbert A. Rosenthal*
>
> *Suite 400*
> *1020 19th Street, N.W.*
> *Washington, DC  20006-6101*

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

|  |  |
|---|---|
| NANCY MAYER-WHITTINGTON<br>CLERK OF THE COURT | *United States District Court*<br>*for the District of Columbia*<br>*333 Constitution Ave., NW*<br>*Washington, DC  20001* |

BY:_____        DATE:_____
 DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
c/o Herbert A. Rosenthal
1020 19TH- STREET, N.W.
SUITE 400
WASHINGTON, DC 20036
Plaintiff

vs.

CASE NO:_____

Arlithia T. Phelps
224 Upshur St., N.W., Apt.–B,
Washington, DC  20011
Defendant

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### STATEMENT OF THE CLAIM

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets):* $902.67; plus current Capitalized Interest Balance and Accrued Interest: $1,074.34; plus attorney's fees of $379.86, making the total owed : $2,356.87.  Plus court costs and post-judgment interest.

3. The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges.  The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets.  Prejudgment interest accrues at the rate of 8.000% per annum from the date stated in Exhibit "B".  The promissory notes which are at issue are attached as Exhibit "A" hereto.

<u>Failure to Pay</u>

    4.  Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

    WHEREFORE, the United States of America prays for judgment:

    A.  For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

    B. For attorneys' fees allowed by law or contract; and

    C. For such other relief which the Court deems proper.

    Respectfully submitted,

/s/

Herbert A. Rosenthal, Bar No. 11007
1020--19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 785-9773
Fax No. (202) 659-3526
ATTORNEY FOR THE UNITED STATES OF AMERICA

January 30, 2008

NOTICE:  IF THIS LINE _____ IS CHECKED, THE NOTES ARE TRUE COPIES.

: