UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 3 ~ 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | |
| | ) | 1: 08-cv-00204 DAR |
| Arlithia T. Phelps | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its
Complaint herein, and the defendant, Arlithia T. Phelps, having
consented to the making and entry of this Final Judgment without
trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of
this litigation and over all parties thereto. The Complaint
herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of
the Complaint filed herein.

3. The defendant hereby agrees to the entry of a judgment
in the sum of $2,356.87(principal of $902.67, interest in the
amount of $1,074.34 through 09/04/2007, plus attorneys fees of
$379.86, and any costs that may be applicable) plus pre-judgment
interest at 8.00% per annum from 09/04/2007, through the date of

judgment and interest at the legal rate from the date of entry of judgment, which will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

4.   Judgment debtor will make an initial payment on February 5, 2008, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932, in the amount of $60.00.

5.   On the 5th day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of $60.00, and will continue to make such payments by the 5th of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

(a)   Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

(b)   If plaintiff deems it necessary, the judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

(c)   Plaintiff reserves the right to evaluate the updated
financial data and consider any extra payments that may be have
been made then adjust the periodic payment rate upward or
downward accordingly, or to demand a lump sum payment if
warranted by the judgment debtor's financial circumstances.  by
the United States Attorney.

6.    This judgment shall be recorded among the records of
the Circuit Court in the County of residence of the defendant,
and all other jurisdictions where it is determined by the
plaintiff that the defendant owns real or personal property.

7.   The defendant shall keep the United States currently
informed in writing of any material change in his or her
financial situation or ability to pay, and of any change in his
or her employment, place of residence or telephone number.
Defendant shall provide such information to the Government's
Attorney, Herbert A. Rosenthal, Suite 400, 1020 19th Street, N.W.
Washington, DC  20036.

Respectfully submitted,


_____
Herbert A. Rosenthal
Attorney for Plaintiff
Suite 400
1020 19th Street, N.W.
Washington, DC  20006-6101
Tel. (202) 785-9773
Date:       Feb.12, 2008        2/12/08


_____
Arlithia T. Phelps
224 Upshur St., N.W. #B
Washington DC, 20011
Date:January 25, 2008


APPROVED THIS 3rd DAY OF March, 20 08

_____
U.S. District Court Judge
Deborah A. Robinson
U.S. Magistrate Judge